```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
DAVID GORDON OPPENHEIMER,                                         :
                                                                  :
                                        Plaintiff,                :        1:22-cv-10456-GHW
                                                                  :
                         -v -                                     :              ORDER
                                                                  :
VALNET, INC., et al.,                                             :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2022

GREGORY H. WOODS, United States District Judge:

On December 13, 2022, the Court ordered Plaintiff to show cause why this case should not be transferred to the Eastern District of New York. Dkt No. 11. Plaintiff responded on December 20, 2022 consenting to the transfer of this matter to the Eastern District of New York. Dkt. No. 13. Defendants have yet to appear in this case.

28 U.S.C. § 1404(b) provides that "in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." The Court may also transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a).

Plaintiff is directed to serve a copy of this order on all Defendants in this action and retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

SO ORDERED.

Dated: December 21, 2022
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge